

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| THE CITY OF EL PASO, TEXAS,<br><br>Appellant,<br><br>v.<br><br>MESA EXECUTIVE PARK, L.P.,<br><br>Appellee. | §<br>§<br>§<br>§<br>§<br>§ | No. 08-18-00199-CV<br><br>Appeal from the<br><br>327th District Court<br><br>of El Paso County, Texas Court<br><br>(TC# 2017-DCV-1101) |

## J U D G M E N T

The Court has considered this cause on the unopposed motion to dismiss the appeal, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Pursuant to the parties' agreement, each party will bear its own costs. *See* TEX.R.APP.P. 42.1(d). We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF AUGUST, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.